1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE PHILIP HERTZOG, JR.,

                        Petitioner,

  v.

STATE OF WASHINGTON,

                     Respondent.

NO. C11-5850 RBL/KLS

ORDER REGARDING PETITION
FOR WRIT OF HABEAS CORPUS

This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and MJR 4.  Petitioner filed this action under 28 U.S.C. § 2254 challenging his 1999 convictions for first degree rape of a child, first degree incest of child, and first degree child molestation.  ECF No. 2.  The petition has been placed under seal by the Clerk because Petitioner has included personal data identifiers such as dates of birth, social security numbers, full names of (then) minor children, and medical records of a minor child.  ECF No. 2.  Pursuant to the Local Rules W.D. Wash., parties shall redact dates of birth to the year of birth; redact names of minor children to the initials, and redact social security numbers to the last four digits.  CR 5.2.

In addition, Petitioner must name as respondent to his habeas petition, the "person who has custody over" him.  28 U.S.C. § 2242; *see also*  § 2243; *Brittingham v. United States,* 982 F.2d 378 (9th Cir. 1992).  The Superintendent of the Clallam Bay Corrections Center, where

ORDER

1   Petitioner is currently confined, is The Court has also determined that the petition is Ronald

2   Fraker.

3          Accordingly, Petitioner shall re-file his petition redacting (crossing out) the personal

4   data identifiers noted above.  He should also name Ronald Fraker as the Respondent.

5   Petitioner shall do so **on or before November 18, 2011** or the Court will dismiss the petition

6   for failure to prosecute.  This Court will take no further action on this case until Petitioner has

7

8   complied with this Order.

9          **DATED** this  21st  day of October, 2011.

10

11

12                                        Karen L. Strombom
                                          United States Magistrate Judge

ORDER                                                                                    2