UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE PHILIP HERTZOG, JR.,<br><br>                         Petitioner,<br>     v.<br><br>STATE OF WASHINGTON,<br><br>                         Respondent. | No. C11-5850 RBL/KLS<br><br>ORDER GRANTING MOTION TO<br>PROCEED IN FORMA PAUPERIS |

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

DATED  30th  day of November, 2011.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1