

HONORABLE RONALD B. LEIGHTON

FILED _____ LODGED
_____ RECEIVED

**FEB 1 5 2012**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE PHILIP HERTZOG, JR.,

               Plaintiff,

    v.

RONALD FRAKER,

             Defendant.

No. 11-cv-5850 RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the relevant record, does hereby find and **ORDER**:

    (1) The Court adopts the Report and Recommendation [Dkt. #11].

    (2) The case is **TRANSFERRED** to the Ninth Circuit Court of Appeal as a second habeas petition, pursuant to Ninth Circuit Rule 22-3(a).

    (3) The Clerk shall administratively close the file.

It is so ordered.

Dated this _14th_ day of _February_, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE